948 F.2d 782
 292 U.S.App.D.C. 190
 NOTICE: D.C. Circuit Local Rule 11(c) states that unpublished orders, judgments, and explanatory memoranda may not be cited as precedents, but counsel may refer to unpublished dispositions when the binding or preclusive effect of the disposition, rather than its quality as precedent, is relevant.
Floyd J. STANEK, Appellant,
v.
Samuel K. SKINNER, Secretary, Dept. of Transportation.
 No. 90-5395.
 United States Court of Appeals, District of Columbia Circuit.
 Oct. 22, 1991.
 
 Before HARRY T. EDWARDS, SILBERMAN and STEPHEN F. WILLIAMS, Circuit Judges.
 ORDER
 PER CURIAM.
 
 
 1
 Upon consideration of the motion for summary affirmance and the response thereto; the motion for summary reversal, the motion for leave to file opposition to motion for summary reversal and the opposition thereto; and the motion entitled introduction of new evidence, it is
 
 
 2
 ORDERED that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to justify summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C.Cir.1987) (per curiam); Walker v. Washington, 627 F.2d 541, 545 (D.C.Cir.) (per curiam), cert. denied, 449 U.S. 994 (1980). The claims merely duplicate those raised in Stanek v. Dole, C.A. No. 89-2765. It is
 
 
 3
 FURTHER ORDERED that the motion for summary reversal be denied. It is
 
 
 4
 FURTHER ORDERED that the motion for leave to file opposition to motion for summary reversal and the motion entitled introduction of new evidence be dismissed as moot.
 
 
 5
 The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. See D.C.Cir. Rule 15.